IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles L. Hamilton,  :
:
    Plaintiff(s),  :
: Case Number: 1:16cv706
vs.  :
: Judge Susan J. Dlott
Commissioner of Social Security,  :
:
    Defendant(s).  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 30, 2016 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 14, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants decision is AFFIRMED as supported by substantial evidence. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                    ___s/Susan J. Dlott_____
                                                    Judge Susan J. Dlott
                                                    United States District Court